UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST SHEET METAL WORKERS
ORGANIZATIONAL TRUST, *et al.*,

    Plaintiffs,

 v.

MIKE MATTILA,

    Defendant,

 v.

MM COMFORT SYSTEMS,

    Garnishee.

Case No. MC21-00100RSL

ORDER TO ISSUE
WRIT OF GARNISHMENT

  This matter comes before the Court on plaintiff's "Applicant Affidavit for Writ of Garnishment" for property in which the defendant/judgment debtor, Mike Mattila, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, MM Comfort Systems. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the corrected Writ of Garnishment submitted by plaintiff's counsel on September 8, 2021, at Dkt. # 1-3.

  Dated this 9th day of September, 2021.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER TO ISSUE
WRIT OF GARNISHMENT